# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Mentu-Hotep: Bey, | ) | JUDGMENT IN CASE |
| *also known as* Wendell Knight | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00091-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| United States, | ) | |
| United States Congress, | ) | |
| United States Supreme Court, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2013 Order.

July 9, 2013

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court